**In re Kenneth J. LIVAK, Susan J.A. Flood, and Jeffrey Marmaro.**

**No. 02–1406.**

United States Court of Appeals, Federal Circuit.

March 7, 2003.

Before MAYER, Chief Judge, RADER, and BRYSON, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDER and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**Matthew A. LEFANDE, Petitioner,**

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

**No. 02–3279.**

United States Court of Appeals, Federal Circuit.

March 7, 2003.

Before BRYSON, GAJARSA, and DYK, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R.36